UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DIVISION

| | |
|---|---|
| MOHAMMED AL FATLAWI,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C20-1684-SKV<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will instruct the administrative law judge to:

- Offer the claimant an opportunity for a new hearing;
- Further assess the residual functional capacity;
- Obtain evidence from a vocational expert regarding the claimant's ability to make adjustment to other work;
- Issue a new decision.

Page 1      [PROPOSED] ORDER - [C20-1684-SKV]

Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under 28 U.S.C. § 4212(d).

DATED this 12th day of August, 2021.

                                                                    *S. Kate Vaughan*
                                                                    S. KATE VAUGHAN
                                                                    United States Magistrate Judge

Presented by:

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2139
Fax:  (206) 615-2531
katherine.watson@ssa.gov